John P. Sheridan
The Sheridan Law Firm, P.S.
705 Second Avenue, Suite 1200
Seattle, WA 98104
Tel: 206-381-5949
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALETA BUSSELMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BATTELLE MEMORIAL INSTITUTE, an Ohio nonprofit corporation<br><br>Defendant. | Case No.: 4:18-cv-05072-SMJ<br><br>STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS |

COMES NOW the parties and state as follows:

Plaintiff's counsel, John P. Sheridan, is returning from a trip out of the country on May 20, 2018 and will be starting a jury trial on May 29, 2018. The trial is anticipated to end on or about June 14, 2018.

Defendant's answer is due tomorrow, Tuesday, May 22, 2018, and it has today filed a motion to dismiss in lieu of its answer.

STIPULATION TO EXTEND
DEADLINE - 1
Case No. 4:18-cv-05072-SMJ

THE SHERIDAN LAW FIRM, P.S.
Attorneys at Law
Hoge Building, Suite 1200
705 Second Avenue
Seattle, WA 98104
Tel: 206-381-5949  Fax: 206-447-9206

Given his jury trial and resulting unavailability, plaintiff's counsel has asked for plaintiff's time to respond to defendant's motion to dismiss be 21 days after the last day of his pending trial, which would be July 5, 2018, or later if the trial goes longer than anticipated.

Defendant agrees to this requested extension of time.

DATED this 21st day of May, 2018.

THE SHERIDAN LAW FIRM, P.S.

By: s/John P. Sheridan
John P. Sheridan, WSBA # 21473
Attorneys for Plaintiffs
Hoge Building, Suite 1200
705 Second Avenue
Seattle, WA 98104

Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE LLP

By: s/ Mark Nelson Bartlett
Mark Nelson Bartlett, WSBA # 15672
Gillian Murphy, WSBA # 37200
Arthur Simpson, WSBA # 44479
1201 Third Avenue, Suite 2200
Seattle, Washington 98101

Attorneys for Defendant

STIPULATION TO EXTEND DEADLINE - 2
Case No. 4:18-cv-05072-SMJ

THE SHERIDAN LAW FIRM, P.S.
Attorneys at Law
Hoge Building, Suite 1200
705 Second Avenue
Seattle, WA 98104
Tel: 206-381-5949  Fax: 206-447-9206

# CERTIFICATE OF SERVICE

I certify that on May 21, 2018, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF System, which caused the document to be served on the following counsel:

Mark Nelson Bartlett
Gillian Murphy
Arthur Simpson
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045

                                         s/Mark Rose
                                         Mark Rose
                                         Sheridan Law Firm, PS

STIPULATION TO EXTEND
DEADLINE - 3
Case No. 4:18-cv-05072-SMJ

THE SHERIDAN LAW FIRM, P.S.
Attorneys at Law
Hoge Building, Suite 1200
705 Second Avenue
Seattle, WA  98104
Tel: 206-381-5949  Fax: 206-447-9206