FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2018

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALETA BUSSELMAN,<br><br>               Plaintiff,<br><br>v.<br><br>BATTELLE MEMORIAL INSTITUTE,<br><br>               Defendant. | No. 4:18-CV-05072-SMJ<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |

Before the Court, without oral argument, is Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, for Failure to State a Claim, ECF No. 10. Defendant seeks to dismiss this case without prejudice, arguing Plaintiff failed to exhaust her administrative remedies. Plaintiff does not oppose the motion, reasoning she corrected any potential defect by filing a new civil action, case number 4:18-cv-05109-SMJ. Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, Alternatively, for Failure to State a Claim, **ECF No. 10**, is **GRANTED**.

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE **-** 1

2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and fees unless the Court rules otherwise in case number 4:18-cv-05109-SMJ.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of July 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge